Case 14-36043 Doc 6 Filed 10/07/14 Entered 10/08/14 08:38:12 Desc Main Document Page 1 of 1

14-36043-0.0:Application for Installment Agreement:Main Document Entered: 10/3/2014 12:13:08 PM by:Cynthia Keith Page 2 of 2

### Fill in this information to identify the case:

Debtor 1: Giaa Whitehead
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ___
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: ___ District of ___ (State)

Case number (if known): 14-36043

Chapter filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[x] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 135 | 10-14-14 |
| $ 100 | 10-28-14 |
| $ 100 | 11-14-14 |
| + $ | |
| **Total** $ 335 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

OCT -7 2014
Month / day / year

By the court: J. Cox

Jacqueline P. Cox
United States Bankruptcy Judge